UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LACKS ENTERPRISES, INC., et al.,

        Plaintiffs,                    Case No. 1:15–cv–00990–PLM–PJG

v.                                       Hon. Paul L. Maloney

HD SUPPLY, INC., et al.,

        Defendants.

_____/

## NOTICE REGARDING ASSIGNMENT OF CASE AND NOTICE OF DEFICIENCY

      NOTICE is hereby given that the above-captioned case was electronically filed in this court on September 30, 2015 . The case has been assigned to Paul L. Maloney .

      The filing party has failed to submit a **corporate disclosure statement** as required by FRCP 7.1. Counsel is required to file this form, even if there is no corporate affiliation to disclose, for every corporate party. A form for this purpose is available on the court website at www.miwd.uscourts.gov.

                                          CLERK OF COURT

Dated: October 1, 2015      By:   /s/ N. Stimec_____
                                                Deputy Clerk