# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **LACKS ENTERPRISES, INC.,** a Michigan corporation, and **LACKS HOME PRODUCTS, LLC,** a Michigan limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>**HD SUPPLY, INC.,** a Delaware corporation, and **THE HOME DEPOT, INC.,** a Delaware corporation,<br><br>Defendants. | Civil Action No.<br><br>1:15-cv-00990-PLM-PJG |

## JOINT MOTION FOR EXTENSION OF DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

The parties respectfully move the Court under Federal Rule of Civil Procedure 6(b) for an extension until and through **November 17, 2015** of the deadline for all Defendants to answer and/or otherwise move or respond to Plaintiffs' Complaint [Dkt. 1]. This new deadline provides a reasonable 20-day extension to HD Supply, Inc. and a 21-day extension to The Home Depot, Inc. to provide additional time for Defendants to obtain counsel and confer with Plaintiffs' counsel. Plaintiffs do not object to this extension. The parties have attached as Exhibit A a proposed Order for the Court's convenience.

Respectfully submitted this 26th day of October, 2015.

| | |
|---|---|
| /s/ John S. Artz | /s/ David A. Mollicone |
| John S. Artz (P48578) | David A. Mollicone (P57900) |
| Franklin M. Smith (P76987) | **DAWDA, MANN, MULCAHY & SADLER,** |
| **DICKINSON WRIGHT, PLLC** | **PLC** |
| 2600 West Big Beaver Road | Dawda Mann Building |
| Suite 300 | 39533 Woodward Aveune |
| Troy, Michigan 48084-3312 | Suite 200 |
| Telephone: (248) 433-7200 | Bloomfield Hills, Michigan 48304 |
| *jsartz@dickinsonwright.com* | Telephone: (248) 642-3124 |
| *fsmith@dickinsonwright.com* | *dmollicone@dmms.com* |
| | |
| Counsel for Plaintiffs Lacks Enterprises, Inc. and Lacks Home Products, LLC | Counsel for Defendant The Home Depot, Inc. and Home Depot, U.S.A., Inc.[1] |

---

[1] Although Lacks has sued The Home Depot, Inc., Home Depot does not believe that is the correct entity. Based on the allegations of the Complaint, Home Depot believes that Home Depot U.S.A., Inc. is the correct party. The parties are currently discussing this issue.

1370034.1

## CERTIFICATE OF SERVICE

I hereby certify that on this day I caused to be served a true and correct copy of the foregoing **JOINT MOTION FOR EXTENSION OF DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND CERTIFICATE OF MOTION CONCURRENCE** by filing same with the Court's electronic case management system, which will automatically send copies to the following:

John S. Artz (P48578)
Franklin M. Smith (P76987)
**DICKINSON WRIGHT, PLLC**
2600 West Big Beaver Road
Suite 300
Troy, Michigan 48084-3312
Telephone: (248) 433-7200
*jsartz@dickinsonwright.com*
*fsmith@dickinsonwright.com*

This 26th day of October, 2015.

/s/ David A. Mollicone
David A. Mollicone

1370034.1

# EXHIBIT A

1370034.1

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **LACKS ENTERPRISES, INC.,** a Michigan corporation, and **LACKS HOME PRODUCTS, LLC,** a Michigan limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>**HD SUPPLY, INC.,** a Delaware corporation, and **THE HOME DEPOT, INC.,** a Delaware corporation,<br><br>Defendants. | Civil Action No.<br><br>1:15-cv-00990-PLM-PJG |

## [PROPOSED] ORDER

For good cause shown, the parties' Joint Motion for Extension of Defendants' Time to Answer or Otherwise Respond to Complaint is **GRANTED**, and all Defendants may answer and/or otherwise move or respond to the Complaint [Dkt. 1] by and through November 17, 2015.

So ORDERED this ___ day of October, 2015.

1370034.1