UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **LACKS ENTERPRISES, INC.**, a Michigan corporation, and **LACKS HOME PRODUCTS, LLC**, a Michigan limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>**HD SUPPLY, INC.**, a Delaware corporation, and **THE HOME DEPOT, INC.**, a Delaware corporation,<br><br>Defendants. | Civil Action No.<br><br>1:15-cv-00990-PLM-PJG |

## CERTIFICATE OF MOTION CONCURRENCE

The parties concur with the relief sought to this Motion in accordance with Local Civil Rule 7.

Respectfully submitted this 26th day of October, 2015.

/s/ John S. Artz
John S. Artz (P48578)
Franklin M. Smith (P76987)
**DICKINSON WRIGHT, PLLC**
2600 West Big Beaver Road
Suite 300
Troy, Michigan 48084-3312
Telephone: (248) 433-7200
*jsartz@dickinsonwright.com*
*fsmith@dickinsonwright.com*
Counsel for Plaintiffs Lacks Enterprises, Inc. and Lacks Home Products, LLC

/s/ David A. Mollicone
David A. Mollicone (P57900)
**DAWDA, MANN, MULCAHY & SADLER, PLC**
Dawda Mann Building
39533 Woodward Aveune
Suite 200
Bloomfield Hills, Michigan 48304
Telephone: (248) 642-3124
*dmollicone@dmms.com*
Counsel for Defendant The Home Depot, Inc. and Home Depot, U.S.A., Inc.

01169599