# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

|  |  |  |
|---|---|---|
| **LACKS ENTERPRISES, INC.**, a Michigan corporation, and **LACKS HOME PRODUCTS, LLC,** a Michigan limited liability company, | ) ) ) ) ) | Civil Action No. |
| Plaintiffs, | ) ) | 1:15-cv-00990-PLM-PJG |
| v. | ) ) | |
| **HD SUPPLY, INC.,** a Delaware corporation, and **THE HOME DEPOT, INC.,** a Delaware corporation, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## CERTIFICATE OF MOTION CONCURRENCE

The parties concur with the relief sought to this Motion in accordance with

Local Civil Rule 7.

Respectfully submitted this 16th day of November, 2015.


*/s/ John S. Artz*
John S. Artz (P48578)
Franklin M. Smith (P76987)
**DICKINSON WRIGHT, PLLC**
2600 West Big Beaver Road, Ste. 300
Troy, Michigan 48084-3312
Telephone: (248) 433-7200
Counsel for Plaintiffs Lacks Enterprises,
Inc. and Lacks Home Products, LLC

*/s/ David A. Mollicone*
David A. Mollicone (P57900)
**DAWDA, MANN, MULCAHY & SADLER, PLC**
Dawda Mann Building
39533 Woodward Avenue, Ste. 200
Bloomfield Hills, Michigan 48304
Telephone: (248) 642-3124

1376933.1

*/s/ Ronan P. Doherty*
Ronan P. Doherty
Georgia Bar No. 224883
Fredric J. Bold, Jr.
Georgia Bar No. 544604
**BONDURANT, MIXSON & ELMORE, LLP**
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia  30309
Telephone: (404) 881-4100
*doherty@bmelaw.com*
*bold@bmelaw.com*
Counsel for Defendant The Home Depot, Inc. and Home Depot, U.S.A., Inc.